**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

| | |
|---|---|
| LISA MCCONAGHY ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 1:11-cv-01006-RJA -HBS |
| ) | |
| ) | NOTICE OF SETTLEMENT |
| ADMIN RECOVERY, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted this 16th day of February, 2012.

ATTORNEYS FOR PLAINTIFF
*Lisa McConaghy*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

*Notice of Settlement*
*Page 1 of 2*

Notice Filed electronically on this 16th day of February, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 16th day of February, 2012, to:

John Gaughan, Esq.
Hiscock & Barclay, LLC
1100 M and T Center 3 Fountain Plaza
Buffalo NY 14203


s/Dana Patch
Dana Patch