UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

| | |
|---|---|
| LISA MCCONAGHY, ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 1:11-cv-01006-RJA -HBS |
| ) | |
| ) | **VOLUNTARY STIPULATION OF** |
| ) | **DISMISSAL** |
| ADMIN RECOVERY, LLC ) | |
|     Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff, Lisa McConaghy, and the Defendant, Admin Recovery, LLC, that the above-captioned action shall be voluntarily dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 19, 2012
**Weisberg & Meyers, LLC**

By: s/Dennis R. Kurz
Dennis R. Kurz, Esq.
NY Bar No. 4570453
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
E-mail: dkurz@attorneysforconsumers.com

Dated: April 19, 2012
**Hiscock & Barclay, LLC**

By: s/John Gaughn (*with permission*)
John Gaughan, Esq.
Hiscock & Barclay, LLC
1100 M and T Center 3 Fountain Plaza
Buffalo NY 14203
E-mail:jgaughan@hblaw.com


Filed electronically on this 19th day of April, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 19th day of April, 2012 to:

John Gaughan, Esq.
Hiscock & Barclay, LLC
1100 M and T Center 3 Fountain Plaza
Buffalo NY 14203

s/Dana Patch
Dana Patch